# United States Court of Appeals for the Federal Circuit

---

**SHOCKWAVE MEDICAL, INC.,**
*Appellant*

**v.**

**CARDIOVASCULAR SYSTEMS, INC.,**
*Cross-Appellant*

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2023-1864, 2023-1940

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2019-00405.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART AND REVERSED-IN-PART**

FOR THE COURT

July 14, 2025
Date

Jarrett B. Perlow
Clerk of Court